UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation

**Order Filed on August 19, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Hanish Bhojwani

Debtor.

Case No.: 19-15140 JKS

Adv. No.:

Hearing Date: 8/8/19 @ 10:00 a.m..

Judge: John K. Sherwood

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 19, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtors:   Hanish Bhojwani
Case No:  19-15140 JKS
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, Denise Carlon appearing, upon a motion to vacate the automatic stay as to 2012 Toyota 4Runner, VIN: JTEBU5JR1C5097221, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Nicholas Fitzgerald, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of August 6, 2019, Debtor is due for the April 2019 – July 2019 post-petition payments for a total post-petition default of $1,962.08; and

It is **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $1,962.08 to be received no later than August 31, 2019; and

It is further **ORDERED, ADJUDGED and DECREED** that regular payments are to resume August 14, 2019, directly to Secured Creditor's servicer, TMCC, P.O. Box 5855, Carol Stream, IL 60197-5855; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtor's Chapter 13 plan and the motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:
Hanish Bhojwani
  Debtor

Case No. 19-15140-JKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 1  Date Rcvd: Aug 19, 2019
          Form ID: pdf903  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2019.
db    +Hanish Bhojwani,   136-138 West 50th Street,   Bayonne, NJ 07002-3104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                             TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2019 at the address(es) listed below:
    Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
     dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    James J. Fitzpatrick    on behalf of Debtor Hanish  Bhojwani nickfitz.law@gmail.com,
     nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;r53165@notify.bestcase.com
    Jill  Manzo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
     bankruptcy@feinsuch.com
    Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
     kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
    Marguerite  Mounier-Wells    on behalf of Debtor Hanish  Bhojwani nadiafinancial@gmail.com,
     mwells@fitzgeraldcrouchlaw.com
    Marie-Ann Greenberg    magecf@magtrustee.com
    Nicholas  Fitzgerald    on behalf of Debtor Hanish  Bhojwani nickfitz.law@gmail.com
    Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
     rsolarz@kmllawgroup.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                  TOTAL: 9