Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–15140–JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Hanish Bhojwani
136–138 West 50th Street
Bayonne, NJ 07002

Social Security No.:
xxx–xx–8438

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 3/13/2019 and a confirmation hearing on such Plan has been scheduled for 5/9/2019.

The debtor filed a Modified Plan on 8/22/2019 and a confirmation hearing on the Modified Plan is scheduled for 9/27/2019 at 8:30 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: August 23, 2019
JAN: rh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-15140-JKS
Hanish Bhojwani                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2              Date Rcvd: Aug 23, 2019
                            Form ID: 186             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2019.
```
db           +Hanish Bhojwani,    136-138 West 50th Street,    Bayonne, NJ 07002-3104
518102629    +Capital Bank,    Attn: Bankruptcy,    1 Church St. # 300,    Rockville, MD 20850-4190
518261061    +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
518102632    +Dental Associates of Bayonne,    Trojan Professional Services,    PO Box 1270,
               Los Alamitos, CA 90720-1270
518102633    +Fein Such Kahn & Shepard,    Attorneys At Law,    7 Century Drive, Suite 201,
               Parsippany, NJ 07054-4609
518102637    +JP Morgan Chase,    PO Box 78420,    Phoenix, AZ 85062-8420
518259120    +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    Columbus, OH 43219-6009
518103196    +Lisa Murray,    1142 Kennedy Blvd, Apt 1,    Bayonne, NJ 07002-3108
518103200    +Magda Bhojwani,    136-138 West 50th Street,    Bayonne, NJ 07002-3104
518103197    +Staliyn B. Cruz Garcia,    1142 Kennedy Blvd,    Bayonne, NJ 07002-3108
518102640   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Financial Services,    Attn: Bankruptcy,    Po Box 8026,
               Cedar Rapids, IA 52409)
518103198    +Tahir Mahmood,    1142 Kennedy Bvld Apt 2,    Bayonne, NJ 07002-3108
518224780    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518102641    +Trojan Professional Srvs,    Attn: Bankruptcy,    Po Box 1270,    Los Alamitos, CA 90720-1270
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2019 00:25:34     U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2019 00:25:29     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518261265      E-mail/Text: jennifer.chacon@spservicing.com Aug 24 2019 00:29:15     CSMC 2018-RPL7 Trust,
               c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
518102630     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 24 2019 00:29:54     Capital One,
               Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
518173248     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 24 2019 00:31:33
               Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518102631     +E-mail/PDF: creditonebknotifications@resurgent.com Aug 24 2019 00:30:39     Credit One Bank,
               Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
518201222      E-mail/Text: bkr@cardworks.com Aug 24 2019 00:23:15     Fair Square Financial LLC,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518102634      E-mail/Text: cio.bncmail@irs.gov Aug 24 2019 00:25:04     Internal Revenue Service,
               District Counsel,    One Newark Center Suite 1500,    Newark, NJ 07102
518212928      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 24 2019 00:30:41     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518234011      E-mail/Text: ar@figadvisors.com Aug 24 2019 00:28:38
               MTAG Custodian for FIG Capital Investments NJ13, L,    PO Box 54472,
               New Orleans Louisiana 70154-4472
518102638     +E-mail/Text: bkr@cardworks.com Aug 24 2019 00:23:15     Ollo,   Attn: Bankruptcy,   Po Box 9222,
               Old Bethpage, NY 11804-9222
518102639     +E-mail/Text: jennifer.chacon@spservicing.com Aug 24 2019 00:29:15
               Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    Po Box 65250,
               Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 12
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518102636*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:  Internal Revenue Services,    Special Procedures Function,
               955 S Springfield Avenue,    PO Box 744,    Springfield, NJ 07081)
518102635*   +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Aug 23, 2019
                              Form ID: 186             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2019 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          James J. Fitzpatrick    on behalf of Debtor Hanish   Bhojwani nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;r53165@notify.bestcase.com
          Jill   Manzo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bankruptcy@feinsuch.com
          Kevin Gordon McDonald     on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Marguerite   Mounier-Wells    on behalf of Debtor Hanish   Bhojwani nadiafinancial@gmail.com,
           mwells@fitzgeraldcrouchlaw.com
          Marie-Ann   Greenberg    magecf@magtrustee.com
          Nicholas   Fitzgerald     on behalf of Debtor Hanish   Bhojwani nickfitz.law@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Sarah J. Crouch    on behalf of Debtor Hanish   Bhojwani nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 10
```