UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
MILSTEAD & ASSOCIATES, LLC
By: Andrew M. Lubin
Atty. ID: AL0814
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
File No.: 228681-5
Attorneys for Movant: Select Portfolio Servicing, Inc. as servicing agent for CSMC 2018-RPL7 Trust

In Re:

Hanish Bhojwani

Order Filed on April 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-15140-JKS
Chapter 13

Hearing Date: April 23, 2020
Time: 10:00 a.m.

Judge: John K. Sherwood

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page

DATED: April 29, 2020

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of Select Portfolio Servicing, Inc. as servicing agent for CSMC 2018-RPL7 Trust under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

☒ Real property more fully described as:

**1142 Kennedy Blvd, Bayonne, NJ 07002**

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.