UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MILSTEAD & ASSOCIATES, LLC
By: Andrew M. Lubin
Atty. ID: AL0814
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
File No.: 228681-5
Attorneys for Movant: Select Portfolio Servicing, Inc. as servicing agent for CSMC 2018-RPL7 Trust

In Re:

Hanish Bhojwani

Order Filed on April 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-15140-JKS
Chapter 13

Hearing Date: April 23, 2020
Time: 10:00 a.m.

Judge: John K. Sherwood

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page

**DATED: April 29, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of Select Portfolio Servicing, Inc. as servicing agent for CSMC 2018-RPL7 Trust under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

☒ Real property more fully described as:

**1142 Kennedy Blvd, Bayonne, NJ 07002**

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Hanish Bhojwani  
    Debtor

Case No. 19-15140-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 30, 2020  
               Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2020.
```
db             +Hanish Bhojwani,    136-138 West 50th Street,    Bayonne, NJ 07002-3104
aty            +Nicholas Fitzgerald,    Fitzgerald and Associates,    649 Newark Avenue,
                 Jersey City, NJ 07306-2341
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2020 at the address(es) listed below:
```
              Andrew M. Lubin    on behalf of Creditor    CSMC 2018-RPL7 Trust bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              James J. Fitzpatrick    on behalf of Debtor Hanish  Bhojwani nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com
              Jill Manzo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marguerite Mounier-Wells    on behalf of Debtor Hanish  Bhojwani nadiafinancial@gmail.com,
               mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas Fitzgerald    on behalf of Debtor Hanish  Bhojwani Fitz2Law@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```