Page 1
United States Bankruptcy Court
District of New Jersey -- Newark
----------------------------------
Caption in Compliance with D. N.J. LBR 9004-2(c)
Nicholas Fitzgerald, Esq. NF/6129
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306
Counsel for Debtor
(201) 533-1100

Order Filed on June 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY --- NEWARK
----------------------------------X
In Re:                              Case No: 19-15140-JKS
    Hanish Bhojwani
                                        CHAPTER 13
                                    Hon. John K. Sherwood
                                           U.S.B.J.

        Debtor
----------------------------------X

ORDER REIMPOSING THE AUTOMATIC STAY AS TO REAL PROPERTY LOCATED AT 1142 KENNEDY BLVD., BAYONNE, NJ 07002 AND PROVIDING FOR OTHER RELIEF

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 22, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Hanish Bhojwani
Case No. 19-15140-JKS
Caption: ORDER REIMPOSING THE AUTOMATIC STAY AS TO REAL PROPERTY LOCATED AT 1142 KENNEDY BLVD., BAYONNE, NJ 07002 AND PROVIDING FOR OTHER RELIEF

------------------------------------------------------------

THIS MATTER having been opened to the Court by Nicholas Fitzgerald, the debtor's counsel, upon the debtor's Motion for an Order reinstating the automatic stay; and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED,** that the automatic stay of the Bankruptcy Code contained in Section 362 (a) thereof is reinstated to prohibit the debtor's mortgagee, Select Portfolio Servicing, Inc. as servicing agent for CSMC 2018-RPL7 Trust, as represented by the law firm Milstead & Associates, LLC from taking action to foreclosure the mortgage it holds upon the land and premises commonly known as 1142 Kennedy Blvd., Bayonne, NJ 07002; and it is further

**ORDERED,** that the debtor's counsel, Nicholas Fitzgerald of the Fitzgerald & Associates, P.C. law firm, shall immediately remit the $5,508.00 held in his attorney trust fund account by check payable to Select Portfolio Servicing, Inc. with said check to be sent to the mortgagee's counsel, Milstead & Associates, LLC, or to an alternative address specified by Milstead & Associates, LLC; and it is further

**ORDERED,** that if the debtor's post-petition mortgage arrears

Page 3

Debtor: Hanish Bhojwani
Case No. 19-15140-JKS
Caption:  ORDER REIMPOSING THE AUTOMATIC STAY AS TO REAL PROPERTY
         LOCATED AT 1142 KENNEDY BLVD., BAYONNE, NJ 07002 AND
         PROVIDING FOR OTHER RELIEF
-----------------------------------------------------------------

and legal fees and costs owed by the debtor exceed the $5,508.00 held in Fitzgerald & Associates, P.C.'s attorney trust account, the debtor shall cure the further post-petition mortgage arrears and legal fees and costs within fifteen (15) days of the debtor's being provided with the amount due by Milstead & Associates, LLC; and it is further

**ORDERED,** that if the debtor fails to timely make any payment detailed within this Order or if he fails to timely make future post-petition mortgage payments due, the secured creditor may obtain an Order Vacating the Automatic Stay as to the said property by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor's failure to pay, with a copy of any such application, supporting certificaitn and proposed Order to be served on the Chapter 13 Standing Trustee, the Debtor's counsel and the Debtor as required by the local bankruptcy rules.

United States Bankruptcy Court
District of New Jersey

In re:  
Hanish Bhojwani  
    Debtor

Case No. 19-15140-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 23, 2020  
                   Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2020.
```
db             +Hanish Bhojwani,    136-138 West 50th Street,    Bayonne, NJ 07002-3104
aty            +Nicholas Fitzgerald,    Fitzgerald and Associates,    649 Newark Avenue,
                 Jersey City, NJ 07306-2341
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2020 at the address(es) listed below:
```
          Andrew M. Lubin    on behalf of Creditor    CSMC 2018-RPL7 Trust bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          James J. Fitzpatrick    on behalf of Debtor Hanish  Bhojwani nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com
          Jill Manzo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bankruptcy@feinsuch.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marguerite Mounier-Wells    on behalf of Debtor Hanish  Bhojwani nadiafinancial@gmail.com,
           mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Nicholas Fitzgerald    on behalf of Debtor Hanish  Bhojwani Fitz2Law@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```
                                                                                                                                                                                                      TOTAL: 10