UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

James J. Fitzpatrick, Esq. (JF 7028)
Fitzgerald & Associates
649 Newark Avenue
Jersey City, New Jersey 07306
(201) 533-1100
(201) 533-1111
nickfitz.law@gmail.com
Attorney for Debtor

**FILED**
JEANNE A. NAUGHTON, CLERK
**MARCH 12, 2021**
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY: *Ronnie Plasner*
JUDICIAL ASSISTANT

In Re:

Hanish Bhojwani

Case No.: 19-15140 JKS

Chapter: 13

Judge: Sherwood

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**

(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

_____
HONORABLE JOHN K. SHERWOOD
UNITED STATES BANKRUPTCY JUDGE

Dated: March 12, 2021

After review of the application of _____James J. Fitzpatrick, Esq._____ for a reduction of time for a hearing on _____debtor's motion to approve financing_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____March 25, 2021_____ at _10:00 am_ in the United States Bankruptcy Court, _50 Walnut Street, Newark, New Jersey_ , Courtroom No. _3D_ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: JPMorgan Chase Bank (via Fein, Such, Kahn & Shepard, P.C.), Toyota Motor Credit Corp. (via KML Law Group, P.C.), MTAG Custodian FIG Capital Investments NJ13 LLC and all other secured creditors.

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: Chapter 13 Trustee and all unsecured creditors

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to _Chapter 13 Trustee and parties listed in Pararaph 2 above_

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing in the manner prescribed below.

8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

☒ Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

☐ Other:

*rev.3/23/20*