Certificate of Notice    Page 1 of 5

Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−15140−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Hanish Bhojwani
    136−138 West 50th Street
    Bayonne, NJ 07002

Social Security No.:
    xxx−xx−8438

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:        6/24/21
Time:        10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Nicholas Fitzgerald, Debtor's Attorney

COMMISSION OR FEES
$1,367.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured
         creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 24, 2021
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                   Case No. 19-15140-JKS

Hanish Bhojwani                                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                                   Page 1 of 3

Date Rcvd: May 25, 2021                      Form ID: 137                               Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++             Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hanish Bhojwani, 136-138 West 50th Street, Bayonne, NJ 07002-3104 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |
| 518261265 | | CSMC 2018-RPL7 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518102629 | + | Capital Bank, Attn: Bankruptcy, 1 Church St. # 300, Rockville, MD 20850-4190 |
| 518102632 | + | Dental Associates of Bayonne, Trojan Professional Services, PO Box 1270, Los Alamitos, CA 90720-1270 |
| 518102633 | + | Fein Such Kahn & Shepard, Attorneys At Law, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 518103196 | + | Lisa Murray, 1142 Kennedy Blvd, Apt 1, Bayonne, NJ 07002-3108 |
| 518103200 | + | Magda Bhojwani, 136-138 West 50th Street, Bayonne, NJ 07002-3104 |
| 518102639 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 518103197 | + | Staliyn B. Cruz Garcia, 1142 Kennedy Blvd, Bayonne, NJ 07002-3108 |
| 518102640 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 518103198 | + | Tahir Mahmood, 1142 Kennedy Bvld Apt 2, Bayonne, NJ 07002-3108 |
| 518224780 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518102641 | + | Trojan Professional Srvs, Attn: Bankruptcy, Po Box 1270, Los Alamitos, CA 90720-1270 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 25 2021 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 25 2021 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518102630 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 25 2021 21:30:44 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518173248 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 25 2021 21:32:30 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518261061 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 25 2021 21:29:38 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 518102631 | + | Email/PDF: creditonebknotifications@resurgent.com | May 25 2021 21:29:29 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518201222 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 25 2021 21:30:33 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518102634 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 25 2021 20:52:00 | Internal Revenue Service, District Counsel, One Newark Center Suite 1500, Newark, NJ 07102 |
| 518102637 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 25 2021 21:32:02 | JP Morgan Chase, PO Box 78420, Phoenix, AZ 85062 |
| 518259120 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 25 2021 21:32:02 | JPMorgan Chase Bank, N.A., 3415 Vision Drive, |

Case 19-15140-JKS    Doc 87    Filed 05/27/21    Entered 05/28/21 00:14:33    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 25, 2021 | Form ID: 137 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Columbus, OH 43219 |
| 518212928 | | Email/PDF: resurgentbknotifications@resurgent.com | May 25 2021 21:29:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518234011 | | Email/Text: ar@figadvisors.com | May 25 2021 20:54:00 | MTAG Custodian for FIG Capital Investments NJ13, L, PO Box 54472, New Orleans Louisiana 70154-4472 |
| 518102638 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 25 2021 21:31:53 | Ollo, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 518494891 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 25 2021 21:30:51 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518494892 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 25 2021 21:29:35 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518102636 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Services, Special Procedures Function, 955 S Springfield Avenue, PO Box 744, Springfield, NJ 07081 |
| 518102635 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor CSMC 2018-RPL7 Trust bkecf@milsteadlaw.com alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| James J. Fitzpatrick | on behalf of Debtor Hanish Bhojwani nickfitz.law@gmail.com nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com |
| Jill Manzo | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: May 25, 2021 | Form ID: 137 | Total Noticed: 29

Marguerite Mounier-Wells
    on behalf of Debtor Hanish Bhojwani nadiafinancial@gmail.com  mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Nicholas Fitzgerald
    on behalf of Debtor Hanish Bhojwani fitz2law@gmail.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10