| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Fitzgerald & Associates, P.C.<br>  By: Nicholas Fitzgerald<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>Email: nickfitz.law@gmail.com<br>Phone: (201) 533-1100<br>Counsel for Debtor(s) | Order Filed on June 25, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Hanish Bhojwani | Case No.: 19-15140-JKS<br>Chapter: 13<br>Judge: J. K. Sherwood |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 25, 2021**

/s/ John K. Sherwood

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Fitzgerald & Associates, P.C._____, the applicant, is allowed a fee of $ ___1,367.00___ for services rendered and expenses in the amount of $ ___Zero___ for a total of $ ___1,367.00___. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ ___1,143.00___ per month for ___33___ months to allow for payment of the above fee.

*rev.8/1/15*