UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Fitzgerald & Associates, P.C.
James J Fitzpatrick, Esq. (JF7028)
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
Counsel for Debtor

Order Filed on November 18, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Hanish Bhojwani

Case No.: 19-15140

Chapter: 13

Judge: Sherwood

## ORDER AUTHORIZING RETENTION OF

Erin Downs

The relief set forth on the following page is **ORDERED**.

Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: November 18, 2021**

Upon the applicant's request for authorization to retain ___Erin Downs___
as ___Real Estate Agent___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is: Erin Downs
   190 Christopher Columbus Drive
   Jersey City, NJ 07302

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

rev.8/1/15

2