UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

James J. Fitzpatrick, Esq./JF7028
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

In Re:

    Hanish Bhojwani

Case No.:          19-15140

Chapter:          13

Adv. No.: _____

Hearing Date: _____

Judge:         SHERWOOD

## CERTIFICATION OF SERVICE

1. I, _____ Nadia Loftin _____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _____ James J. Fitzpatrick, Esq. _____, who represents

   _____ Hanish Bhojwani _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____ November 22, 2021 _____, I sent a copy of the following pleadings and/or documents
   to the parties listed in the chart below.

   Order Authorizing Retention of Erin Downs

3. I certify under penalty of perjury that the above documents were sent using the mode of service
   indicated.

Date: _____ November 22, 2021 _____

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hanish Bhojwani<br>136-138 West 50th Street<br>Bayonne, NJ 07002 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Erin Downs<br>Keller Williams City Life JC Realty<br>190 Christopher Columbus Drive<br>Jersey City, NJ 07302 | Real Estate Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |