UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: __19-15140__ |
| Hanish Bhojwani | Chapter: __13__ |
| | Judge: __Sherwood__ |

## NOTICE OF PROPOSED PRIVATE SALE

__Hanish Bhojwani__, __Debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk, United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __January 27, 2022__ at __10__ a.m. at the United States Bankruptcy Court, courtroom no. __3D__, 50 Walnut Street, Newark, New Jersey 07102. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:
Property located at
1142 Kennedy Boulevard, Bayonne, New Jersey 07002

Proposed Purchaser:
Mina Gerges

Sale price:
$625,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Linda J. Hockstein, Esq.
Amount to be paid: $2,500.00
Services rendered: Prepare contract and addendum, review all proposed modifications by purchasers counsel, review title, prepare closing documents, attend closing.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Fitzgerald & Associates, P.C.

Address: 649 Newark Avenue, Jersey City, New Jersey 07306

Telephone No.: (201) 533-1100

*rev. 8/1/15*