| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>James J. Fitzpatrick, Esq./JF7028<br>Fitzgerald & Associates, Attorneys At Law<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>(201) 533-1100<br>nickfitz.law@gmail.com | Case No.: 19-15140<br>Chapter: 13 |
| In Re:<br>Hanish Bhojwani | Adv. No.:<br>Hearing Date: 01/27/2022<br>Judge: SHERWOOD |

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __James J. Fitzpatrick, Esq.__, who represents __Hanish Bhojwani__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __December 23, 2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Proposed Private Sale

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: December 23, 2021

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hanish Bhojwani<br>136-138 West 50th Street<br>Bayonne, NJ 07002 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | All Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

# Creditors

**Capital Bank**
Attn: Bankruptcy
1 Church St. # 300
Rockville, MD 20850

**Capital One**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

**Capital One Bank (USA), N.A.**
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Citibank, N.A.**
701 East 60th Street North
Sioux Falls, SD 57117

**Credit One Bank**
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

**CSMC 2018-RPL7 Trust**
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

**Dental Associates of Bayonne**
Trojan Professional Services
PO Box 1270
Los Alamitos, CA 90720

**Fair Square Financial LLC**
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

**Fein Such Kahn & Shepard**
Attorneys At Law
7 Century Drive, Suite 201
Parsippany, NJ 07054

**Internal Revenue Service**
District Counsel
One Newark Center Suite 1500
Newark, NJ 07102

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101

**Internal Revenue Services**
Special Procedures Function
955 S Springfield Avenue
PO Box 744
Springfield, NJ 07081

**JP Morgan Chase**
PO Box 78420
Phoenix, AZ 85062

**JPMorgan Chase Bank, N.A.**
3415 Vision Drive
Columbus, OH 43219

**Lisa Murray**
1142 Kennedy Blvd, Apt 1
Bayonne, NJ 07002.

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Magda Bhojwani**
136-138 West 50th Street
Bayonne, NJ 07002.

**Manufacturers and Traders Trust Company**
c/o Bank of America, N.A.
P.O. Box 31785
Tampa, FL 33631-3785

**MTAG Custodian for FIG Capital Investments NJ13, L**
PO Box 54472
New Orleans Louisiana 70154-4472

**Ollo**
Attn: Bankruptcy
Po Box 9222
Old Bethpage, NY 11804

**Portfolio Recovery Associates, LLC**
PO Box 41067
Norfolk, VA 23541
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

**Portfolio Recovery Associates, LLC**
PO Box 41067
Norfolk, VA 23541

**Select Portfolio Servicing, Inc**
Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165

**Staliyn B. Cruz Garcia**
1142 Kennedy Blvd
Bayonne, NJ 07002.

**Tahir Mahmood**
1142 Kennedy Bvld Apt 2
Bayonne, NJ 07002.

**Toyota Financial Services**
Attn: Bankruptcy
Po Box 8026
Cedar Rapids, IA 52409

**Toyota Motor Credit Corporation**
PO Box 9013
Addison, Texas 75001

**Trojan Professional Srvs**
Attn: Bankruptcy
Po Box 1270
Los Alamitos, CA 90720