UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Hanish Bhojwani

Case No.: 19-15140
Chapter: 13
Judge: Sherwood

## NOTICE OF PROPOSED PRIVATE SALE

__Hanish Bhojwani__, __Debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, United States Bankruptcy Court<br>Martin Luther King, Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __January 27, 2022__ at __10__ a.m. at the United States Bankruptcy Court, courtroom no. __3D__, 50 Walnut Street, Newark, New Jersey 07102. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | Property located at<br>1142 Kennedy Boulevard, Bayonne, New Jersey 07002 |
|---|---|

| Proposed Purchaser: | Mina Gerges |
|---|---|

| Sale price: | $625,000.00 |
|---|---|

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Linda J. Hockstein, Esq. |
|---|---|
| Amount to be paid: | $2,500.00 |
| Services rendered: | Prepare contract and addendum, review all proposed modifications by purchasers counsel, review title, prepare closing documents, attend closing. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Fitzgerald & Associates, P.C.

Address: 649 Newark Avenue, Jersey City, New Jersey 07306

Telephone No.: (201) 533-1100

rev.8/1/15

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-15140-JKS |
| Hanish Bhojwani | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 27, 2021 | Form ID: pdf905 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hanish Bhojwani, 136-138 West 50th Street, Bayonne, NJ 07002-3104 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |
| r | + | ERIN DOWNS, 190 CHRISTOPHER COLUMBUS DRIVE, JERSEY CITY, NJ 07302-3432 |
| 518261265 | | CSMC 2018-RPL7 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518102629 | + | Capital Bank, Attn: Bankruptcy, 1 Church St. # 300, Rockville, MD 20850-4190 |
| 518102632 | + | Dental Associates of Bayonne, Trojan Professional Services, PO Box 1270, Los Alamitos, CA 90720-1270 |
| 518102633 | + | Fein Such Kahn & Shepard, Attorneys At Law, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 518103196 | + | Lisa Murray, 1142 Kennedy Blvd, Apt 1, Bayonne, NJ 07002-3108 |
| 518103200 | + | Magda Bhojwani, 136-138 West 50th Street, Bayonne, NJ 07002-3104 |
| 519357350 | | Manufacturers and Traders Trust Company, c/o Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 518102639 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 518103197 | + | Staliyn B. Cruz Garcia, 1142 Kennedy Blvd, Bayonne, NJ 07002-3108 |
| 518102640 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 518103198 | + | Tahir Mahmood, 1142 Kennedy Bvld Apt 2, Bayonne, NJ 07002-3108 |
| 518224780 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518102641 | + | Trojan Professional Srvs, Attn: Bankruptcy, Po Box 1270, Los Alamitos, CA 90720-1270 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 27 2021 21:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 27 2021 21:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518102630 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2021 22:06:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518173248 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 27 2021 22:06:33 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518261061 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2021 22:06:35 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518102631 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 27 2021 22:06:42 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518201222 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 27 2021 22:06:32 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518102634 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 27 2021 21:56:00 | Internal Revenue Service, District Counsel, One Newark Center Suite 1500, Newark, NJ 07102 |
| 518102637 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 27 2021 22:06:32 | JP Morgan Chase, PO Box 78420, Phoenix, AZ |

Case 19-15140-JKS    Doc 107    Filed 12/29/21    Entered 12/30/21 00:11:24    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: pdf905 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 85062 |
| 518259120 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 27 2021 22:06:41 | JPMorgan Chase Bank, N.A., 3415 Vision Drive, Columbus, OH 43219 |
| 518212928 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2021 22:06:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518234011 | | Email/Text: ar@figadvisors.com | Dec 27 2021 21:57:00 | MTAG Custodian for FIG Capital Investments NJ13, L, PO Box 54472, New Orleans Louisiana 70154-4472 |
| 518102638 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 27 2021 22:06:41 | Ollo, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 518494891 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2021 22:06:49 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518494892 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2021 22:06:41 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518102640 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 27 2021 21:56:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518102636 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Services, Special Procedures Function, 955 S Springfield Avenue, PO Box 744, Springfield, NJ 07081 |
| 518102635 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2021                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | |
| | on behalf of Creditor CSMC 2018-RPL7 Trust nj-ecfmail@mwc-law.com  alubin@milsteadlaw.com |
| Denise E. Carlon | |
| | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| James J. Fitzpatrick | |
| | on behalf of Debtor Hanish Bhojwani nickfitz.law@gmail.com |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: pdf905 | Total Noticed: 31 |

nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com

Jill Manzo
  on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bankruptcy@fskslaw.com

Kevin Gordon McDonald
  on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Marguerite Mounier-Wells
  on behalf of Debtor Hanish Bhojwani nadiafinancial@gmail.com mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com

Marie-Ann Greenberg
  magecf@magtrustee.com

Nicholas Fitzgerald
  on behalf of Debtor Hanish Bhojwani fitz2law@gmail.com

Rebecca Ann Solarz
  on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10