Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  19−15140−JKS
                        Chapter:  13
                        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hanish Bhojwani
   136−138 West 50th Street
   Bayonne, NJ 07002

Social Security No.:
   xxx−xx−8438

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on January 7, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 111 − 103
Order Granting Application to Employ Linda J. Hockstein as Real Estate Counsel (Related Doc # 103). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/7/2022. (zlh)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 7, 2022
JAN: zlh

                                                                        Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-15140-JKS
Hanish Bhojwani  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Jan 07, 2022      Form ID: orderntc      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| sp | + Linda J. Hockstein, 660 Broadway, Bayonne, NJ 07002-4772 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2022 at the address(es) listed below:

**Name**      **Email Address**

Andrew M. Lubin
    on behalf of Creditor CSMC 2018-RPL7 Trust nj-ecfmail@mwc-law.com  alubin@milsteadlaw.com

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

James J. Fitzpatrick
    on behalf of Debtor Hanish Bhojwani nickfitz.law@gmail.com
    nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com

Jill Manzo
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com

Kevin Gordon McDonald
    on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Marguerite Mounier-Wells

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 07, 2022 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor Hanish Bhojwani nadiafinancial@gmail.com  mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Michael J. Milstead | |
| | on behalf of Creditor CSMC 2018-RPL7 Trust michael@milsteadlaw.com |
| Nicholas Fitzgerald | |
| | on behalf of Debtor Hanish Bhojwani fitz2law@gmail.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11