UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Fitzgerald & Associates, P.C.
James J. Fitzpatrick, Esq. (JF 7028)
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
Counsel for Debtor

Order Filed on January 7, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Hanish Bhojwani

Case No.: 19-15140

Chapter: 13

Judge: Sherwood

### ORDER AUTHORIZING RETENTION OF

Erin Downs

The relief set forth on the following page is **ORDERED**.

Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: January 7, 2022**

Upon the applicant's request for authorization to retain ___Erin Downs___

as ___Realtor___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: ___190 Christopher Columbus Drive___
___Jersey City, NJ 07302___

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 19-15140-JKS
Hanish Bhojwani                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                User: admin                                                Page 1 of 2
Date Rcvd: Jan 07, 2022                      Form ID: pdf903                                          Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Hanish Bhojwani, 136-138 West 50th Street, Bayonne, NJ 07002-3104 |
| aty | + Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2022                          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2022 at the address(es) listed below:

**Name**                       **Email Address**

Andrew M. Lubin
    on behalf of Creditor CSMC 2018-RPL7 Trust nj-ecfmail@mwc-law.com  alubin@milsteadlaw.com

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

James J. Fitzpatrick
    on behalf of Debtor Hanish Bhojwani nickfitz.law@gmail.com
    nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com

Jill Manzo
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com

Kevin Gordon McDonald
    on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 07, 2022 | Form ID: pdf903 | Total Noticed: 2 |

Marguerite Mounier-Wells
    on behalf of Debtor Hanish Bhojwani nadiafinancial@gmail.com  mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Michael J. Milstead
    on behalf of Creditor CSMC 2018-RPL7 Trust michael@milsteadlaw.com

Nicholas Fitzgerald
    on behalf of Debtor Hanish Bhojwani fitz2law@gmail.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11