| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Nicholas Fitzgerald, Esq./NF6129<br>Fitzgerald & Associates, Attorneys At Law<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>(201) 533-1100<br>nickfitz.law@gmail.com | Case No.: | 19-15140 |
| | Chapter: | 13 |
| In Re:<br><br>Hanish Bhojwani | Adv. No.: | |
| | Hearing Date: | |
| | Judge: | SHERWOOD |

## CERTIFICATION OF SERVICE

1. I, _____Nadia Loftin_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__, who represents __Hanish Bhojwani__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On ____January 31, 2022____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Granting Supplemental Chapter 13 Fees

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __Janaury 31, 2022__                      _____/s/_____
                                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hanish Bhojwani<br>136-138 West 50th Street<br>Bayonne, NJ 07002 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |