

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

James J. Fitzpatrick, Esq. (JF 7028)
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306

(201)533-1100
Attorney for Debtor
(201)533-1100

In Re:

Hanish Bhojwani

**Order Filed on January 28, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No.: | 19-15140 |
| Hearing Date: | January 27, 2021 |
| Chapter: | 13 |
| Judge: | Sherwood |

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: January 28, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as ___1142 Kennedy Boulevard, Bayonne, New Jersey 07002___, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒ In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Linda Hockstein, Esq. |
| Amount to be paid: | $2,500.00 |
| Services rendered: | Counsel - Prepare contract and addendum, review all proposed modifications by purchasers counsel, review title, prepare closing documents, attend closing. |

OR: ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $ _____ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☒ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

> The realtors for this transaction are Keller Williams City Life JC Realty and Real Broker, LLC. Keller Williams will receive a commission of 3.0% of the contract price (approximately $18,540) and Real Broker will receive a commission of 2.5% of the contract price (approximately $15,450) for their work in listing and showing the property and related tasks.
>
> The fourteen (14) day rule under Rule 6004(h) is hereby waived.
>
> Secured Creditor, Select Portfolio Servicing, LLC, will be paid in full subject to an updated formal payoff quote to be provided at/near the time of closing. This order shall be void if the sale is not completed within 90 days of this order being entered.

rev. 8/1/15