

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

James J. Fitzpatrick, Esq. (JF 7028)
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306

(201)533-1100
Attorney for Debtor
(201)533-1100

In Re:

Hanish Bhojwani

Order Filed on January 28, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-15140
Hearing Date: January 27, 2021
Chapter: 13
Judge: Sherwood

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

Recommended Local Form:    ☒ Followed    ☐ Modified

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: January 28, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as ___1142 Kennedy Boulevard, Bayonne, New Jersey 07002___, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒  In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Linda Hockstein, Esq. |
| Amount to be paid: | $2,500.00 |
| Services rendered: | Counsel - Prepare contract and addendum, review all proposed modifications by purchasers counsel, review title, prepare closing documents, attend closing. |

OR: ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

2

5. The amount of $ _____ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☒ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

   The realtors for this transaction are Keller Williams City Life JC Realty and Real Broker, LLC. Keller Williams will receive a commission of 3.0% of the contract price (approximately $18,540) and Real Broker will receive a commission of 2.5% of the contract price (approximately $15,450) for their work in listing and showing the property and related tasks.

   The fourteen (14) day rule under Rule 6004(h) is hereby waived.

   Secured Creditor, Select Portfolio Servicing, LLC, will be paid in full subject to an updated formal payoff quote to be provided at/near the time of closing. This order shall be void if the sale is not completed within 90 days of this order being entered.

rev.8/1/15

3

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-15140-JKS

Hanish Bhojwani  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 31, 2022 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hanish Bhojwani, 136-138 West 50th Street, Bayonne, NJ 07002-3104 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor CSMC 2018-RPL7 Trust nj-ecfmail@mwc-law.com  alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| James J. Fitzpatrick | on behalf of Debtor Hanish Bhojwani nickfitz.law@gmail.com nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com |
| Jill Manzo | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 31, 2022 | Form ID: pdf903 | Total Noticed: 2 |

Marguerite Mounier-Wells
    on behalf of Debtor Hanish Bhojwani nadiafinancial@gmail.com  mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Michael J. Milstead
    on behalf of Creditor CSMC 2018-RPL7 Trust michael@milsteadlaw.com

Nicholas Fitzgerald
    on behalf of Debtor Hanish Bhojwani fitz2law@gmail.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Shauna M Deluca
    on behalf of Creditor Robertson  Anschutz, Schneid, Crane & Partners, PLLC sdeluca@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12