| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Hanish Bhojwani <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–8438 <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    19–15140–JKS | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Hanish Bhojwani

<u>4/8/22</u>    **By the court:** <u>John K. Sherwood</u>
    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 19-15140-JKS

Hanish Bhojwani   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3
Date Rcvd: Apr 08, 2022     Form ID: 3180W     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hanish Bhojwani, 136-138 West 50th Street, Bayonne, NJ 07002-3104 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |
| aty | + | Shauna Deluca, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| r | + | ERIN DOWNS, 190 CHRISTOPHER COLUMBUS DRIVE, JERSEY CITY, NJ 07302-3432 |
| sp | + | Linda J. Hockstein, 660 Broadway, Bayonne, NJ 07002-4772 |
| cr | + | Robertson, Anschutz, Schneid, Crane & Partners, PL, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 518261265 | | CSMC 2018-RPL7 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518102629 | + | Capital Bank, Attn: Bankruptcy, 1 Church St. # 300, Rockville, MD 20850-4190 |
| 518102632 | + | Dental Associates of Bayonne, Trojan Professional Services, PO Box 1270, Los Alamitos, CA 90720-1270 |
| 518103196 | + | Lisa Murray, 1142 Kennedy Blvd, Apt 1, Bayonne, NJ 07002-3108 |
| 518103200 | + | Magda Bhojwani, 136-138 West 50th Street, Bayonne, NJ 07002-3104 |
| 518102639 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 518103197 | + | Staliyn B. Cruz Garcia, 1142 Kennedy Blvd, Bayonne, NJ 07002-3108 |
| 518103198 | + | Tahir Mahmood, 1142 Kennedy Bvld Apt 2, Bayonne, NJ 07002-3108 |
| 518102641 | + | Trojan Professional Srvs, Attn: Bankruptcy, Po Box 1270, Los Alamitos, CA 90720-1270 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 08 2022 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 08 2022 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518261265 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 08 2022 20:36:00 | CSMC 2018-RPL7 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518102630 | + | EDI: CAPITALONE.COM | Apr 09 2022 00:28:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518173248 | + | EDI: AIS.COM | Apr 09 2022 00:28:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518261061 | + | EDI: CITICORP.COM | Apr 09 2022 00:28:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518102631 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 08 2022 20:39:22 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518201222 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 08 2022 20:39:46 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518102633 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Apr 08 2022 20:35:00 | Fein Such Kahn & Shepard, Attorneys At Law, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 08, 2022 | Form ID: 3180W | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518102634 | | EDI: IRS.COM | Apr 09 2022 00:28:00 | Internal Revenue Service, District Counsel, One Newark Center Suite 1500, Newark, NJ 07102 |
| 518102637 | | EDI: JPMORGANCHASE | Apr 09 2022 00:28:00 | JP Morgan Chase, PO Box 78420, Phoenix, AZ 85062 |
| 518259120 | | EDI: JPMORGANCHASE | Apr 09 2022 00:28:00 | JPMorgan Chase Bank, N.A., 3415 Vision Drive, Columbus, OH 43219 |
| 518212928 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2022 20:39:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518234011 | | Email/Text: ar@figadvisors.com | Apr 08 2022 20:35:00 | MTAG Custodian for FIG Capital Investments NJ13, L, PO Box 54472, New Orleans Louisiana 70154-4472 |
| 519357350 | | EDI: BANKAMER.COM | Apr 09 2022 00:28:00 | Manufacturers and Traders Trust Company, c/o Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 518102638 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 08 2022 20:39:42 | Ollo, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 518494891 | | EDI: PRA.COM | Apr 09 2022 00:28:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518494892 | | EDI: PRA.COM | Apr 09 2022 00:28:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518102639 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 08 2022 20:36:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 518102640 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 08 2022 20:35:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 518224780 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 08 2022 20:35:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| r | *+ | Erin Downs, 190 Christopher Columbus Drive, Jersey City, NJ 07302-3432 |
| 518102636 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Services, Special Procedures Function, 955 S Springfield Avenue, PO Box 744, Springfield, NJ 07081 |
| 518102635 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022            Signature:            /s/Gustava Winters

Case 19-15140-JKS    Doc 133    Filed 04/10/22    Entered 04/11/22 00:16:55    Desc
Imaged Certificate of Notice    Page 5 of 5

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 08, 2022 | Form ID: 3180W | Total Noticed: 34 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor CSMC 2018-RPL7 Trust nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| James J. Fitzpatrick | on behalf of Debtor Hanish Bhojwani nickfitz.law@gmail.com nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com |
| Jill Manzo | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marguerite Mounier-Wells | on behalf of Debtor Hanish Bhojwani nadiafinancial@gmail.com mwells@fitzgeraldcrouchlaw.com;Fitz2Law@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael J. Milstead | on behalf of Creditor CSMC 2018-RPL7 Trust michael@milsteadlaw.com |
| Nicholas Fitzgerald | on behalf of Debtor Hanish Bhojwani fitz2law@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Shauna M Deluca | on behalf of Creditor Robertson Anschutz, Schneid, Crane & Partners, PLLC sdeluca@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12